IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00511-WYD-BNB

JOSE ZAPIEN and
JEAN ZAPIEN,

    Plaintiffs,

v.

W.C. BRADLEY COMPANY and
GRAND HALL ENTERPRISE CO., LTD.,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation of Dismissal (filed November 7, 2006).  The Stipulation seeks a dismissal without prejudice of Defendant W.C. Bradley Company.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed as to Defendant W.C. Bradley Company.  Accordingly, it is

ORDERED that the Stipulation of Dismissal is **APPROVED**.  Defendant W.C. Bradley Company is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.  The parties will bear their own costs and expenses of litigation in connection with the Stipulation of Dismissal.  It is

FURTHER ORDERED that the case remains pending against Defendant Grand Hall Enterprise Co., Ltd.

Dated: November 8, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge