IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00511-WYD-BNB

JOSE ZAPIEN, and
JEAN ZAPIEN,

Plaintiffs,

v.

GRAND HALL ENTERPRISE CO., LTD.,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the *Order* [Doc. # 36, filed 11/8/2006] dismissing defendant W.C. Bradley Company from this case,

IT IS ORDERED that **Defendant W.C. Bradley Co.'s Motion for Protective Order and Stay** [Doc. # 33, filed 10/25/2006] is DENIED AS MOOT, and the hearing on that motion set for November 27, 2006, at 9:00 a.m., is VACATED.

DATED:  November 13, 2006