IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00511-WYD-BNB

JOSE ZAPIEN and
JEAN ZAPIEN,

    Plaintiffs,

v.

GRAND HALL ENTERPRISE CO., LTD.,

    Defendant.

## **ORDER**

THIS MATTER is before the Court on the parties' Stipulation of Dismissal (filed December 13, 2006).  The Stipulation seeks a dismissal with prejudice of the above-captioned action and the Complaint filed herein.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed with prejudice.  Accordingly, it is

ORDERED that the Stipulation of Dismissal is **APPROVED**.  This matter is **DISMISSED WITH PREJUDICE**.  The parties will bear their own costs and expenses of litigation in connection with the Stipulation of Dismissal.

Dated:  December 19, 2006

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge